Garoufo Markos, appellee, v. John E. Traeger and Albertina Guderian, appellants. Gen. No. 24,651.

Action of replevin. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Paul J. Huxmann, for appellants. Robert E. Gentzel, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Avery A. Matheson, appellee, v. Baldwin County Colonization Company, appellant. Gen. No. 24,660.

Action by last indorser of promissory note against payee as first indorser. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Underwood & Smyser, for appellee; Hobart S. Bird, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Peter Rizzo, appellee, v. City of Chicago et al., on appeal of City of Chicago, appellant. Gen. No. 24,683.

Action to recover for personal injuries by being thrown from wagon because of defect in street. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed on remittitur to $3,500. Opinion filed October 10, 1919.

Samuel A. Ettelson and William H. Devenish, for appellant; Edward J. Kelley, of counsel. George E. Gorman and John E. Crahen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

George J. Kuhn and Irving H. Mahler, copartners, trading as Globe Cotton Goods Company, appellees, v. P. F. Dela Hunt, appellant. Gen. No. 24,707.

Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed on striking bill of exceptions from record. Opinion filed October 10, 1919.

Herbert R. Lloyd, for appellant. Adler, Lederer & Beck, for appellees.

Mr. Justice Barnes delivered the opinion of the court.